JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION, MAINTENANCE, MONITORING, AND REMOVAL OF A MOBILE TRACKING DEVICE IN OR ON A WHITE CADILLAC ESCALADE BEARING NEVADA LICENSE PLATE NUMBER 269R12 AND VIN #1GYFK63867R372581 | Case No. 2:21-mj-00974-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION, MAINTENANCE, MONITORING, AND REMOVAL OF A MOBILE TRACKING DEVICE IN OR ON A WHITE CADILLAC ESCALADE BEARING NEVADA LICENSE PLATE NUMBER 269R12 AND VIN #1GYFK63867R372581 | Case No. 2:21-mj-01050-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and KIMBERLY SOKOLICH, Assistant United States Attorneys,

respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery in Case No. 2:22-cr-69-GMN-DJA.

**DATED** this 16h day of May, 2022.

        Respectfully,

        JASON M. FRIERSON
        United States Attorney

        */ s / Kimberly Sokolich*

        KIMBERLY SOKOLICH
        Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION, MAINTENANCE, MONITORING, AND REMOVAL OF A MOBILE TRACKING DEVICE IN OR ON A WHITE CADILLAC ESCALADE BEARING NEVADA LICENSE PLATE NUMBER 269R12 AND VIN #1GYFK63867R372581 | Case No. 2:21-mj-00974-EJY<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION, MAINTENANCE, MONITORING, AND REMOVAL OF A MOBILE TRACKING DEVICE IN OR ON A WHITE CADILLAC ESCALADE BEARING NEVADA LICENSE PLATE NUMBER 269R12 AND VIN #1GYFK63867R372581 | Case No. 2:21-mj-01050-EJY<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 16th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4